**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| | : |
| POM of Pennsylvania, LLC | :   Electronically Filed |
| | : |
| *Plaintiff,* | :   Civil Action No. _____ |
| | : |
| v. | : |
| | : |
| BMM Testlabs, Peter Nikiper, and Does 1-50, | :   JURY TRIAL DEMANDED |
| | : |
| *Defendants.* | : |
| | : |

## DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff who is POM of

Pennsylvania, LLC ("POM"), makes the following disclosure:

1. Is the party a non-governmental corporate party? YES

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

   Pace-O-Matic, Inc.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

   None

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil

Procedure, it must promptly file a supplemental statement upon any change in the information

that this statement requires.

Respectfully submitted,

KLEINBARD LLC

*/s/ Matthew H. Haverstick*
Matthew H. Haverstick, Esq. (I.D. No. 85072)
Eric J. Schreiner, Esq. (I.D. No. 76721)
Edward T. Butkovitz, Esq. (I.D. No. 309565)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 568-2000
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
ebutkovitz@kleinbrad.com

*Attorneys for Plaintiff,*
*POM of Pennsylvania, LLC*

Dated:  April 5, 2023

2