

**UNITED STATES DISTRICT COURT**
FOR THE
**MIDDLE DISTRICT OF PENNSYLVANIA**
**SYLVIA H. RAMBO UNITED STATES COURTHOUSE**
**1501 N. 6TH STREET**
**HARRISBURG, PA 17102**

DIVISIONAL OFFICES:

HARRISBURG:
(717-221-3920
SCRANTON:
(570) 207-5600
WILLIAMSPORT:
(570) 323-6380

CHAMBERS: (717) 221-3970
JUDGE_WILSON@PAMD.USCOURTS.GOV

**JENNIFER P. WILSON**
U.S. DISTRICT JUDGE

April 6, 2023

**To:    Counsel of Record**

**Re: POM of Pennsylvania, LLC. v. BMM Testlabs, *et al*.**
**Case No. 1:23-CV-00579**

Dear Counsel:

The above action has been assigned to me.  A case management conference will be scheduled in due course.  The purpose of this conference will be to establish a schedule for the management of the case that will ensure a just, efficient, and inexpensive resolution of the case.  The order scheduling the case management conference will inform you in more detail of what is required in preparation for the conference.  In the meantime, the parties are expected to comply with the mandatory disclosure requirements of Federal Rule of Civil Procedure 26(a), and must actively comply with discovery obligations in the interim while the court is scheduling the case management conference.  In addition, the parties are expected to file the required disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

If service of the initial pleading is not made within the time allotted by the Federal Rules of Civil Procedure, a status report addressing the reasons for the delay and the course of action being pursued shall be filed with the court via CM/ECF.

It is important that an answer or other responsive pleading be filed within the time provided in the Federal Rules of Civil Procedure.  Counsel and self-represented parties are notified that they are not permitted to enter into agreements for extension of time without seeking court approval.  Such agreements, unless approved by the court, are not permitted by the Federal Rules of Civil Procedure and cannot be honored.

Any inquiries you have concerning this case should be directed to my courtroom deputy, Victoria Edleblute, at (717) 221-3974.

Sincerely,

s/Jennifer P. Wilson
Jennifer P. Wilson
United States District Court Judge
Middle District of Pennsylvania