**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

## **PETITION**

I, Edward T. Butkovitz _____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:     Kleinbard LLC
_____

1717 Arch Street, 5th Fl
_____

Philadelphia, PA 19103
_____

Office Telephone:     (215) 496-7218 (Direct)
_____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

I was admitted to practice before the Courts listed below on the date shown after the
_____

name of each Court, and I am currently a member in good standing of all of them.
_____

New York (2012); New Jersey (2011); Pennsylvania (2010)
_____

My attorney Identification number is: 309565 _____

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

_X_ SPECIAL ADMISSION:

GRANTED BY THE COURT  s/ Jennifer P. Wilson _____     Date: 4/14/2023 _____