**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR        :
ADMISSION TO PRACTICE IN THIS COURT   :

**PETITION**

I, William P. Rubley _____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:        Cooper Levenson, P.A.

1415 Marlton Pike East, Suite 205

Cherry Hill, NJ 08034

Office Telephone:        856-857-5520

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Supreme Court of New Jersey 01/25/2003 (NJ Bar ID 019192002)

Supreme Court of Pennsylvania 01/31/2008 (PA Bar ID 207054)

My attorney Identification number is: 207054 _____

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____        Date: _____

X_____SPECIAL ADMISSION:

GRANTED BY THE COURT _____        Date: 4/17/2023