**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR        :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I, _Trevor R. Waldron_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:        Cooper Levenson, P.A.
_____

1415 Marlton Pike East, Suite 205
_____

Cherry Hill, NJ 08034
_____

Office Telephone:        856-857-5550
_____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Supreme Court of Pennsylvania 11/12/2021
_____

_____

_____

My attorney Identification number is:        330759
_____

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____        Date: _____

X_____SPECIAL ADMISSION:

GRANTED BY THE COURT _____        Date: 4/17/2023_____