**IN THE UNITED STATE DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| POM of Pennsylvania, LLC | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | CASE NO. 1:23-cv-00579-JPW |
| v. | : | |
| | : | |
| BMM Testlabs, Peter Nikiper, and Does 1-50 | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Scott J. Good, Esquire of the law firm of Cooper Levenson, P.A. on behalf of Defendants BMM Testlabs and Peter Nikiper in this action.

COOPER LEVENSON, P.A.

Dated:  April 18, 2023

Scott J. Good, Esquire
(PA Bar ID 91774)
1415 Marlton Pike East
Cherry Hill Plaza, Suite 205
Cherry Hill, NJ  08034
Phone: (856) 857-5540
Fax: (856) 795-8641
sgood@cooperlevenson.com