## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____
                      :

POM OF PENNSYLVANIA, LLC,  :

                  :    Case No. 1:23-CV-00579-JPW

          Plaintiff,    :    (Hon. Jennifer P. Wilson)

                  :

    v.               :    CIVIL ACTION

                  :

BMM NORTH AMERICA, INC.,  :
and PETER NIKIPER,      :

                  :

         Defendants.   :
_____

## DISCLOSURE STATEMENT OF DEFENDANT BMM NORTH AMERICA, INC. PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, BMM North America, Inc., who is a Defendant, makes the following disclosure:

1.  Is the party a non-governmental corporate party?

    **YES.**

2.  If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    **BMM International LLC (Delaware limited liability company) wholly owns and is the parent company of BMM North America, Inc.**

3.  If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

**There is no publicly-held corporation that owns 10% or more of BMM North America, Inc.'s stock.**

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: June 28, 2023

_____
William P. Rubley, Esquire
*Counsel for Defendant BMM*
*North America, Inc.*