**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| POM OF PENNSYLVANIA, LLC, | : | No. 1:23-CV-00579-JPW |
|  | : | (Hon. Jennifer P. Wilson) |
| *Plaintiff,* | : |  |
|  | : | JURY TRIAL DEMANDED |
| v. | : |  |
|  | : | *Electronically Filed* |
| BMM NORTH AMERICA, INC. | : |  |
| and PETER NIKIPER, | : |  |
|  | : |  |
| *Defendants.* | : |  |
|  | : |  |

**PLAINTIFF POM OF PENNSYLVANIA, LLC'S
SUPPLEMENTAL MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS THE AMENDED COMPLAINT**

Plaintiff POM of Pennsylvania, LLC submits this short Supplemental Memorandum of Law to alert the Court to a recent ruling by the Dauphin County Court of Common Pleas in a state court action involving POM and Defendants BMM North America, Inc. and Peter Nikiper. In this ruling, which sustained POM's preliminary objections to a state court complaint filed by BMM Test Labs and Nikiper against POM asserting a claim under the Dragonetti Act, the court specifically held the witness immunity doctrine did not provide blanket immunity

to Defendants.[1] In other words, the state court rejected the exact state-law-based argument Defendants are making before this Court in support of their Motion to Dismiss.

In March 2023, BMM Test Labs, Travis Foley and Peter Nikiper (the BMM State Plaintiffs) filed a complaint against POM and Pace-O-Matic, Inc. (the POM State Defendants), in the Dauphin County Court of Common Pleas, asserting a single claim under the Dragonetti Act, 42 Pa.C.S. § 8851, *et seq*. The BMM State Plaintiffs filed this lawsuit in response to a writ of summons the POM State Defendants filed and later withdrew against the BMM State Plaintiffs. The POM State Defendants filed preliminary objections to the complaint, asserting the BMM State Plaintiffs failed to state a claim under the Dragonetti Act. The court sustained these preliminary objections in a Memorandum Opinion and Order dated September 18, 2023 and dismissed the BMM State Plaintiffs' complaint with prejudice. *See* Exhibit "A".

Of particular note to this case, in opposition to the preliminary objections, the BMM State Plaintiffs argued the POM State Defendants lacked probable cause to file a writ of summons because no lawsuit

---

[1] A copy of the Memorandum Opinion and Order by the Dauphin County Court of Common Pleas is attached hereto as Exhibit "A".

could ever be filed against the BMM State Plaintiffs under the witness immunity doctrine due to their status as an expert witness retained by the Commonwealth of Pennsylvania. *See* Memorandum Opinion at 6. The court found that "a review of the witness immunity doctrine shows that this is incorrect." *Id.* Specifically, after reviewing the witness immunity doctrine and, in particular, the Pennsylvania Supreme Court's decision in *LLMD of Michigan, Inc. v. Jackson-Cross Co.*, 740 A.2d 186 (Pa. 1999), the court found: "The BMM Plaintiffs do not enjoy a blanket immunity from any and all suits simply because they testified against the POM Defendants." *Id.* at 6-7. Thus, the state court rejected the central premise of BMM's Motion to Dismiss in this case—that the witness immunity doctrine provides blanket immunity to BMM and Nikiper for their actions.

Accordingly, for the additional reasons explained herein, the Court should reject Defendants' argument that the witness immunity doctrine provides them with immunity from the consequences of their unauthorized and unlawful conduct described in the Amended Complaint.

Respectfully submitted,

Dated:  September 21, 2023

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
Eric J. Schreiner (No. 76721)
Edward T. Butkovitz (No. 309565)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Ph: (215) 568-2000
Eml: mhaverstick@kleinbard.com
eschreiner@kleinbard.com
ebutkovitz@kleinbard.com

*Attorneys for Plaintiff POM of Pennsylvania, LLC*

4

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of Plaintiff's

Supplemental Memorandum of Law in Opposition to Motion to Dismiss

Amended Complaint to be served via the Court's CM/ECF system on all

counsel of record.

Dated: September 21, 2023          /s/ Matthew H. Haverstick
                                   Matthew H. Haverstick
                                   KLEINBARD LLC
                                   Three Logan Square, 5th Floor
                                   1717 Arch Street
                                   Philadelphia, PA 19103
                                   Phone: (215) 568-2000
                                   Eml: mhaverstick@kleinbard.com
                                   eschreiner@kleinbard.com
                                   ebutkovitz@kleinbard.com

                                   *Attorneys for Plaintiff POM of*
                                   *Pennsylvania, LLC*