# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POM OF PENNSYLVANIA, LLC, | : | No. 1:23-CV-00579-JPW |
| | : | (Hon. Jennifer P. Wilson) |
| *Plaintiff,* | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | *Electronically Filed* |
| BMM NORTH AMERICA, INC. | : | |
| and PETER NIKIPER, | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

## PLAINTIFF POM OF PENNSYLVANIA, LLC'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff POM of Pennsylvania, LLC submits this Notice of Supplemental Authority to alert the Court to a recent ruling by the Dauphin County Court of Common Pleas in a state court action involving POM and Defendants BMM North America, Inc. and Peter Nikiper that is relevant to Defendants' pending Motion to Dismiss. In this ruling, which sustained POM's preliminary objections to a state court complaint asserting a claim under the Dragonetti Act, the court specifically held: "The BMM Plaintiffs do not enjoy a blanket immunity

from any and all suits simply because they testified against the POM

Defendants."[1]

                                        Respectfully submitted,

Dated:  September 25, 2023        /s/ Matthew H. Haverstick
                                          Matthew H. Haverstick (No. 85072)
                                          Eric J. Schreiner (No. 76721)
Edward T. Butkovitz (No. 309565)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Ph: (215) 568-2000
Eml: mhaverstick@kleinbard.com
eschreiner@kleinbard.com
ebutkovitz@kleinbard.com

*Attorneys for Plaintiff POM of Pennsylvania, LLC*

---

[1] A copy of the Memorandum Opinion and Order by the Dauphin County Court of Common Pleas is attached hereto as Exhibit "A".

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of Plaintiff's

Notice of Supplemental Authority to be served via the Court's CM/ECF

system on all counsel of record.

Dated: September 25, 2023     /s/ Matthew H. Haverstick
                              Matthew H. Haverstick
                              KLEINBARD LLC
                              Three Logan Square, 5th Floor
                              1717 Arch Street
                              Philadelphia, PA 19103
                              Phone: (215) 568-2000
                              Eml: mhaverstick@kleinbard.com
                              eschreiner@kleinbard.com
                              ebutkovitz@kleinbard.com

                              *Attorneys for Plaintiff POM of*
                              *Pennsylvania, LLC*