## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC.,        :        Civil No. 1:23-CV-00579

      Plaintiff,        :

      v.        :

BMM TESTLABS, *et al*.,        :

      Defendants.        :        Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 25th day of September, 2023, following a telephone conference with counsel, **IT IS ORDERED THAT** the case management deadlines in this matter are **STAYED** pending resolution of the pending motion to dismiss, Doc. 15. **IT IS FURTHER ORDERED THAT** a telephone conference will be scheduled to follow the resolution of the motion, if appropriate, to establish a case management schedule.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania