**COOPER LEVENSON, PA**
1415 Marlton Pike (Route 70) East
Cherry Hill Plaza – Suite 205
Cherry Hill, NJ 08034
Phone (856) 795-9110; Fax 856-795-8641
BY: WILLIAM P. RUBLEY, ESQUIRE (I.D. NO. 207054)
TREVOR R. WALDRON, ESQUIRE (I.D. NO. 330759)
wrubley@cooperlevenson.com
twaldron@cooperlevenson.com
*Counsel for Defendants BMM North*
*America, Inc. and Peter Nikiper*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____
                                          :
POM OF PENNSYLVANIA, LLC,    :
                                          :    Case No. 1:23-CV-00579-JPW
              Plaintiff,            :    (Hon. Jennifer P. Wilson)
                                          :
       v.                             :    CIVIL ACTION
                                          :
BMM NORTH AMERICA, INC.,     :
and PETER NIKIPER,               :
                                          :
              Defendants.         :
_____

## <u>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Defendants submit this Notice of Supplemental Authority to inform the Court

of relevant portions of a recent Pennsylvania state action, which were omitted from

Plaintiff POM of Pennsylvania, LLC's Notice of Supplemental Authority, [ECF No. 26].[1]

"[W]e cannot determine that the Underlying Action was brought without probable cause simply because it was filed by . . . [] POM [] . . . against [] BMM . . . . Rather, we would have to examine the claims made by . . . [] POM . . . to determine if the **witness immunity doctrine** would apply to bar the same. Since no claims were asserted in the Underlying Action, we cannot do this . . . "[2]

Dated:    September 26, 2023

Respectfully submitted,

COOPER LEVENSON, P.A.

_____
William P. Rubley, Esquire
Attorney I.D. No. 207054
1415 Marlton Pike (Route 70) East
Cherry Hill Plaza – Suite 205
Cherry Hill, NJ 08034
Phone (856) 795-9110
Fax 856-795-8641
wrubley@cooperlevenson.com
*Counsel for Defendants BMM North America, Inc. and Peter Nikiper*

---

[1]    This Notice of Supplemental Authority is submitted pursuant to MD. Pa. L.R. 7.36.

[2]    *BMM Testlabs, Travis Foley, and Peter Nikiper v. Pace-O-Matic, Inc. and POM of Pennsylvania, LLC*, Case No. 2023-cv-01713, at *7 - *8 (CP Dauphin County Sept. 18, 2023). A true and correct copy of this decision is attached as Exhibit A.