**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC,

                    Plaintiff,                               CIVIL ACTION NO. 23-CV-00579

    v.

BBM NORTH AMERICA, INCS., and               (MEHALCHICK, J.)
PETER NIKIPER,

                    Defendants.

## ORDER

**AND NOW**, this 9th day of September, 2024, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss (Doc. 15) is **GRANTED**. Plaintiff's Amended Complaint is **DISMISSED**. (Doc. 14). Plaintiff is **GRANTED** leave to file a second amended complaint within 21 days of the date of this Order.

                                    **BY THE COURT:**

                                  *s/ Karoline Mehalchick*
                                  **KAROLINE MEHALCHICK**
                                  **United States District Judge**